## MADDOX v. BIRZGALIS, STATE HOSPITAL SUPERINTENDENT.

No. 653, Misc.   Decided March 1, 1965.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## BONANNO v. LOUISIANA.

No. 728, Misc.   Decided March 1, 1965.

*Herbert J. Garon* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.